UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRK KOBOS,<br><br>        Plaintiff,<br><br>    v.<br><br>SCHWAN'S HOME SERVICE, INC., a Minnesota corporation; STEVE HOUSELOG, an individual; and DOES 1 through 50, Inclusive,<br><br>        Defendants. | Case No. 1:09-cv-00856-LJO DLB<br><br>**ORDER RE STIPULATION CONTINUING SCHEDULING CONFERENCE AND HEARING ON PLAINTIFF'S MOTION TO REMAND**<br><br>DATE: July 31, 2009<br>TIME: 9:00 a.m.<br>COURTROOM: 9<br><br>Honorable Dennis L. Beck presiding |

**PURSUANT TO STIPULATION BETWEEN THE PARTIES,**

**IT IS HEREBY ORDERED THAT** that the Hearing on Plaintiff's Motion to Remand previously scheduled for July 10, 2009 at 9:00 a.m. be continued and now take place on July 31, 2009 at 9:00 a.m.

/ / /

/ / /

**IT IS FURTHER ORDERED THAT** the Scheduling Conference previously scheduled for July 30, 2009 at 9:15 a.m. be continued to 9/24/2009 at 9:15 am, following the Court's ruling on Plaintiff's Motion to Remand.

4820-2166-2211.1

1 | DATED: 26 June 2009               UNITED STATES MAGISTRATE JUDGE

/s/ *Dennis L. Beck*
Honorable Dennis L. Beck

Respectfully submitted:

By:    /s/ Grace Y. Horoupian
       Grace Y. Horoupian #180337
       KUTAK ROCK LLP
       Suite 1100
       18201 Von Karman Avenue
       Irvine, CA  92612-1077
       Telephone:  (949) 417-0999
       Facsimile:  (949) 417-5394
       Email: grace.horoupian@kutakrock.com