# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRK KOBOS,<br><br>            Plaintiff,<br><br>     v.<br><br>SCHWAN'S HOME SERVICE, INC., et al.<br><br>            Defendants. | Case No.: 1:09-cv-00856 LJO JLT<br><br>ORDER REQUIRING TELEPHONIC APPEARANCE AT THE JUNE 24, 2010 HEARING REGARDING PLAINTIFF'S MOTION TO CONTINUE DISCOVERY CUT-OFF<br><br>(Doc 32) |

Due to scheduling difficulties, oral argument on Plaintiff's Motion to Continue Discovery Cut-off, scheduled for June 24, 2010 at 9:00 a.m., <u>will be heard telephonically</u>. Plaintiff's counsel is ordered to initiate a conference call with defendants' counsel. Once all parties are on the line, the call shall be placed to the Court at (661) 326-6621.

IT IS SO ORDERED.

Dated:   **June 22, 2010**                                      /s/ Jennifer L. Thurston
                                                                                   UNITED STATES MAGISTRATE JUDGE

1